# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MR. JASON PARKER, PRO SE,  :  No. 137 EM 2015

　　　　　　　　Petitioner  :

　　　　　　　　v.  :

COMMONWEALTH OF PENNSYLVANIA,  :

　　　　　　　　Respondent  :

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 21st day of December, 2015, the Application for Extraordinary Relief is **DENIED**.